# EXHIBIT 8

**Infringement of U.S. Patent No. 11,009,181**

# EXHIBIT 8
## U.S. Patent No. 11,009,181
## Claim Chart

The claim charts  provided herein are based on information obtained to date and may not be exhaustive. Plaintiffs' SZ DJI Technology Co., Ltd and SZ DJI Osmo Technology Co., Ltd. (collectively, "DJI" or "Plaintiffs") investigation of Defendants Arashi Vision Inc. d/b/a Insta360; Arashi Technologie B.V. d/b/a Insta360; Istone Innovation Ltd. d/b/a Insta360; and Instone Technology (HK) Ltd. d/b/a Insta360 (collectively, "Insta360" or "Defendants") infringement is ongoing. Fact discovery has not begun, and to date, Plaintiffs have not yet received documents from nor conducted any depositions regarding the Accused Products identified in the cover pleading to which this chart is attached. Plaintiffs reserve the right to supplement and/or amend these charts to identify additional Accused Products, additional asserted claims, and/or to further identify where each element of each claim is found in Accused Product, including on the basis of discovery obtained from Defendants, or from third parties during the course of this litigation.

For any dependent claim, Plaintiffs incorporate by reference the disclosures, evidence, and analysis set forth for the independent claim from which that dependent claim depends, as if fully set forth herein. Plaintiffs' inclusion of any claim preamble in this claim chart should not be interpreted as an admission that the preamble is limiting. Plaintiffs reserve the right to take the position that the claim preambles are limiting or not limiting on a claim-by-claim basis.

**Infringement of U.S. Patent No. 11,009,181**

**LEGEND**

| SHORTHAND | TITLE | URL |
|---|---|---|
| **SPEC** | "Insta360 Luna Ultra Full Specification," TheNewCamera, May 10, 2026. | thenewcamera.com/insta360-luna-ultra-full-specification/ |
| **REMOTE** | "Breaking News: Insta360 Luna Ultra Support Detachable Remote Screen and Controllers — Confirmed," TheNewCamera, May 9, 2026. | thenewcamera.com/breaking-news-insta360-luna-ultra-support-detachable-remote-screen-and-controllers-confirmed/ |
| **RETAIL** | "Exclusive: Insta360 Luna Ultra retail box confirms remote control with OLED display, 8K video," Notebookcheck (M. Filipov), May 9, 2026. | notebookcheck.net/Exclusive-Insta360-Luna-Ultra-retail-box-confirms-remote-control-with-OLED-display-8K-video-don-t-tell-DJI.1292599.0.html |
| **PROMO** | "Insta360 Luna Ultra surfaces in detailed promo images ahead of launch," Gizmochina (Debasish), May 13, 2026. | gizmochina.com/2026/05/13/insta360-luna-ultra-surfaces-in-detailed-promo-images-ahead-of-launch/ |
| **DOVEY** | Jeven Dovey, "Insta360 Luna — a Pocket Gimbal with 2 lenses!!!," YouTube, Apr. 20, 2026. | youtube.com/watch?v=bsRg83xqSu0 |
| **COMINGSOON** | Zander Round, "Insta360 Luna Ultra and Pro — COMING SOON!," YouTube, Apr. 20, 2026. | youtube.com/watch?v=7-62qick9uA |
| **MANNING** | david manning, "MASSIVE LEAK FROM @insta360 on their new top secret camera!," YouTube Shorts, Apr. 26, 2026. | youtube.com/shorts/azyQX5DPwDQ |
| **SKRABA** | Phillip Skraba, "FORGET the DJI Pocket 4 Pro, this is the Insta360 Luna Ultra," YouTube, Apr. 21, 2026. | youtube.com/watch?v=0BRZ1BeOAA0 |
| **JULIAN** | Otto Julian, "Hands-On the Insta360 Luna! Forget about the DJI Pocket 4!," YouTube, Apr. 21, 2026. | youtube.com/watch?v=OukhyTe1-6w |
| **ZHOU** | David Zhou, "The DJI Osmo Pocket 4 Killer?! (Insta360 Luna Ultra)," YouTube, Apr. 21, 2026. | youtube.com/watch?v=TR5D4lzCJ9E |
| **FIRSTLOOK** | Jake Sloan, "Insta360 Luna First Look: A Pocket 4 Killer?," YouTube, May 3, 2026. | youtube.com/watch?v=zrH_L5wNecs |

**Infringement of U.S. Patent No. 11,009,181**

| | | |
|---|---|---|
| **KINGMI** | Kingmi Mobile, "DJI Osmo Pocket 4 Pro Vs Insta360 LUNA Ultra Hand's On Comparison Cinematic Camera Test!," YouTube, May 14, 2026. | youtu.be/3MhwIoQZgZk |
| **TECHTRAV** | Tech Traveller, "Insta360 Luna Ultra Leaked - DJI Is In Trouble!," YouTube, May 16, 2026. | youtu.be/0WTIdmqDMKY |
| **HAAPOJA** | Matti Haapoja, "Insta360 LUNA Mini Gimbal Camera Better Than DJI Pocket 4?," YouTube, May 21, 2026. | youtube.com/watch?v=WgoJhvu3lxY |
| **WAITORNOT** | "Insta360 Luna Ultra Is COMING! (Should You Wait… or NOT)," YouTube, May 22, 2026. | youtube.com/watch?v=zCWoPOmNesc |
| **FLYTPATH** | FlytPath, "@insta360 just announced the new dual lens, 10 bit, 1" sensor LUNA camera," YouTube Shorts, Apr. 20, 2026. | youtube.com/shorts/gqbEPoy1g2I |
| **ALLEN** | Levi Allen, "FINALLY! Sneak peak at Luna…," YouTube Shorts, Apr. 20, 2026. | youtube.com/shorts/O0ufbOwytgo |
| **TEASER** | Insta360 (official), "Here's a sneak peek at Luna Series," YouTube Shorts, Apr. 21, 2026. | youtube.com/shorts/fcihJxPt78A |
| **DEMO319** | Hands-on demonstration video cited at 3:19. | youtube.com/watch?v=NhzdOUejAtU |
| **ZANDER** | Zander Round, "I'm not sure I should be telling you this!," YouTube, May 27, 2026. | https://youtu.be/zjzTXpgjY5I?si=rKgKFD5OqY32IQuh |
| **GEEKY** | "What the Insta360 Luna Ultra and Pro Launch Means for Vloggers," Geeky Gadgets (Julian Horsey), June 5, 2026. | https://www.geeky-gadgets.com/insta360-luna-vs-dji-pocket-4-2026/ |
| **GIZMO** | "Insta360 Luna Ultra is already up for pre-order ahead of launch," Gizmochina, May 25, 2026. | https://www.gizmochina.com/2026/05/25/insta360-luna-ultra-already-up-for-pre-order-with-e50-deposit/ |
| **SAMPLE** | Jeven Dovey, "Insta360 LUNA – Tons of Sample Footage!" YouTube, Apr. 26, 2026. | https://youtu.be/qgN0nDTNEDc?si=tsGn4QjwSb3JvSMw |

3

**Infringement of U.S. Patent No. 11,009,181**

| MANUAL | Insta360 Luna Ultra User Manual | https://wassets.insta360.com/common/ccd245ad33044db189fded0453defa61/Luna%20Ultra_User%20Manual_EN.pdf |
|---|---|---|
| NEWPOV | Insta360, "Luna Ulta is coming with a new POV," YouTube, June 3, 2026. | https://youtu.be/KC9An9mrEhg?si=Zz9tiXjIbwKsi57O |
| UNBOX | Kingmi Mobile, "Insta360 LUNA Ultra Creator Bundle Unboxing & Top 10 Features You Should Know Before Spend $900!" YouTube, June 8, 2026. | https://youtu.be/ednhj5nu59k?si=pRKkxwmNKTS_2g3- |
| AIRPHOTO | "Insta360 Luna Ultra - Powerful Tracking," YouTube Shorts, June 4, 2026. | https://www.youtube.com/shorts/Z_mKVv5fyRo |
| INSTA360 | Insta360 Luna Ultra Product Page | https://www.insta360.com/product/insta360-luna-ultra |
| STORE | Insta360 Luna Ultra Store | https://store.insta360.com/product/luna-series?from=banner |
| BUTTON | Luna Ultra Support - Luna Ulta: Button Instructions | https://onlinemanual.insta360.com/lunaultra/en-us/operation-tutorials/appearance/button |
| MODE | Luna Ultra Support - Luna Ultra: Gimbal Mode | https://onlinemanual.insta360.com/lunaultra/en-us/operation-tutorials/system-operation/gimbal-mode |

**Infringement of U.S. Patent No. 11,009,181**

**CLAIM 1**

| CLAIM ELEMENT | ACCUSED PRODUCTS |
|---|---|
| **1[pre]** A gimbal for controlling an optical device, the gimbal comprising: | The Accused Products are a "gimbal for controlling an optical device." For example, the Accused Products comprise a three-axis mechanical gimbal that carries and controls an optical device.<br><br>**Specs**<br><br>\| Gimbal<br>\| Main Lens<br>\| Telephoto Lens<br>\| Focal length<br>\| Photo & Video<br>\| Audio<br>\| Hardware<br><br>**Gimbal**<br><br>**Controllable Range** — Pan: -57° to 235° / Tilt: -57° to 120° / Roll: -50° to 50°<br><br>**Mechanical Range** — Pan: -63° to 240° / Tilt: -98° to 180° / Roll: -63° to 220°<br><br>**Max. Control Speed** — 210.0°/s<br><br>**Angular Vibration Range** — ±0.005° |

**Infringement of U.S. Patent No. 11,009,181**



6

**Infringement of U.S. Patent No. 11,009,181**



[STORE].

**Infringement of U.S. Patent No. 11,009,181**



[INSTA360].

**Infringement of U.S. Patent No. 11,009,181**

**Modular Design and Detachable Screen**

While the base **Insta360 Luna Pro** maintains a sleek, integrated unibody design, the flagship **Insta360 Luna Ultra** introduces a groundbreaking "Twist Modular Design."

- **Wireless Remote Display:** The high-resolution 2-inch OLED touchscreen can be physically unlocked and detached from the main gimbal handle.

- **Advanced Monitoring:** Once removed, the screen communicates with the camera via ultra-low latency Bluetooth 5.3, acting as a fully wireless remote monitor. This radically changes how creators frame high-angle, low-angle, and complex self-recorded vlog setups without needing to awkwardly connect their smartphone.

"The Insta360 Luna is a premium, ultra-compact pocket gimbal camera engineered to deliver professional-grade videography and photography in a handheld format. It bridges the critical gap between computational smartphone video and heavy, cumbersome mirrorless camera rigs…" [DSLR].

9

**Infringement of U.S. Patent No. 11,009,181**

Luna Ultra  User Manual

# 1. Product Overview

## Luna Ultra Introduction



| | |
|---|---|
| 1. Lenses and Sensor | 12. Mounting Latch |
| 2. Pan Axis Motor | 13. USB-C Port |
| 3. Touchscreen | 14. Ventilation Area |
| 4. Custom Button (Left) | 15. Roll Axis Motor |
| 5. Custom Button (Right) | 16. Tilt Axis Motor |
| 6. Joystick | 17. Wind Guard |
| 7. Shutter Button | 18. Detachable Touchscreen Remote |
| 8. Indicator Light | |
| 9. Zoom Slider | 19. Release Button |
| 10. microSD Card Slot | 20. Lanyard Hole |
| 11. Speaker | 21. Mounting Latch |

10

**Infringement of U.S. Patent No. 11,009,181**

| | |
|---|---|
| | ## Gimbal Modes<br><br>The device is equipped with a 3-axis mechanical gimbal that offers various gimbal modes to suit different shooting needs. Switching modes allows you to quickly adapt to handheld walking, sports tracking, or creative angles.<br><br>## Available Gimbal Modes<br><br>• **Roll Lock:** Keeps the frame level. Ideal for daily vlogs.<br><br>• **Roll & Tilt Lock:** Keeps the frame level and tilt fixed. Ideal for dolly and pan shots.<br><br>• **FPV:** Follows handle movement in all directions. Ideal for creative shots.<br><br>• **FPV-V:** The gimbal freely follows the handle in all directions. When recentered, the camera stays perpendicular to the handle.<br><br>## Switching Modes<br><br>Swipe down from the top edge of the touchscreen to enter the shortcut menu, then tap Gimbal Mode to switch modes. After switching to a different mode, the gimbal will automatically center itself.<br><br>[MANUAL, pgs. 1, 17]. |
| **1[a]** a control device configured to receive an action instruction and | The Accused Products feature a control device to receive an action instruction and generate a control instruction, the action instruction including a press action, and the control instruction including a switch control instruction for switching the gimbal from a first operating mode to a second operating mode. |

11

**Infringement of U.S. Patent No. 11,009,181**

| | |
|---|---|
| generate a control instruction based on the action instruction, the action instruction including a press action instruction, and the control instruction including a switch control instruction for switching the gimbal from a first operating mode to a second operating mode, | For example, The Accused Products feature a detachable control device configured to receive an action instruction, and generate a control instruction based on the action instruction. The action instruction including a press action instruction, including, for example, pressing a physical button or a button on a display screen, a switch, a joystick, or a rocker. |

**Infringement of U.S. Patent No. 11,009,181**



**Luna Ultra  User Manual**

# 1. Product Overview

## Luna Ultra Introduction

| | | | |
|---|---|---|---|
| 1. | Lenses and Sensor | 12. | Mounting Latch |
| 2. | Pan Axis Motor | 13. | USB-C Port |
| 3. | Touchscreen | 14. | Ventilation Area |
| 4. | Custom Button (Left) | 15. | Roll Axis Motor |
| 5. | Custom Button (Right) | 16. | Tilt Axis Motor |
| 6. | Joystick | 17. | Wind Guard |
| 7. | Shutter Button | 18. | Detachable Touchscreen Remote |
| 8. | Indicator Light | | |
| 9. | Zoom Slider | 19. | Release Button |
| 10. | microSD Card Slot | 20. | Lanyard Hole |
| 11. | Speaker | 21. | Mounting Latch |

13

Infringement of U.S. Patent No. 11,009,181

## Gimbal Modes

The device is equipped with a 3-axis mechanical gimbal that offers various gimbal modes to suit different shooting needs. Switching modes allows you to quickly adapt to handheld walking, sports tracking, or creative angles.

## Available Gimbal Modes

- **Roll Lock:** Keeps the frame level. Ideal for daily vlogs.

- **Roll & Tilt Lock:** Keeps the frame level and tilt fixed. Ideal for dolly and pan shots.

- **FPV:** Follows handle movement in all directions. Ideal for creative shots.

- **FPV-V:** The gimbal freely follows the handle in all directions. When recentered, the camera stays perpendicular to the handle.

## Switching Modes

Swipe down from the top edge of the touchscreen to enter the shortcut menu, then tap Gimbal Mode to switch modes. After switching to a different mode, the gimbal will automatically center itself.

14

**Infringement of U.S. Patent No. 11,009,181**

## Auto Tracking and Smart Framing

### Auto Tracking

In modes that support tracking, you can enable tracking using any of the following methods:

- **Method 1:** Via Joystick. On the shooting page, push in the joystick. The system will automatically identify and lock onto the best subject in the frame to start tracking. Long press the joystick to enable Auto Tracking or Group Tracking depending on how many people are in front of the camera.

- **Method 2:** Via Touchscreen Double-Tap. Double-tap the subject you want to track on the screen to start tracking directly.

- **Method 3:** Via Feature Icon. Tap the tracking icon on the left side of the screen to perform the following actions:

  - **Single-Tap Selection**: Directly tap a pre-detected subject in the frame.

  - **Manual Selection**: Press and drag on the screen to draw a box around one or more subjects. (This method supports free tracking for any object that has not been pre-detected.)

  - **Auto-Tracking**: Once enabled, the camera detects trackable human subjects in the frame in real time. When the shutter button is pressed or tracking is triggered, the system automatically selects the largest subject closest to the center of the frame as the tracking target and begins auto-tracking. This is ideal for scenarios such as outdoor solo selfies. It is recommended to avoid overly crowded environments while shooting to ensure accurate tracking.

**Adjusting Framing**: While tracking, move the joystick to reposition the target within the frame.

### Notes on Canceling and Losing Tracking Subjects

- **Manual Exit**: When tracking, single-tap anywhere on the screen to cancel.

15

**Infringement of U.S. Patent No. 11,009,181**

- **Subject Lost**: If the subject is obstructed or leaves the frame, the box will turn yellow as the system attempts to reacquire it. In this state, the system applies different auto-cancel strategies based on the type of tracked subject:

  ◦ For human subjects: The system will continue searching for the subject and will never automatically cancel tracking.

  ◦ For pet subjects: If the subject is not reacquired within 10 seconds, the box will disappear and tracking will automatically cancel.

  ◦ For other subjects: If the subject is not reacquired within 5 seconds, the box will disappear and tracking will automatically cancel.

## Smart Framing

Tap the icon to preset your framing position using a 3×3 grid.

### Customize Framing

While tracking, tap the Smart Framing button on the left side of the screen. You can then tap the screen or toggle the joystick to select a composition point, ensuring the tracked subject always remains positioned at that specific point.

### Tips:

- Tracking performance may be limited in environments with rapid movement, obstructed subjects, or extremely low light.

[MANUAL, pgs. 1, 17–19].

16

**Infringement of U.S. Patent No. 11,009,181**



17

**Infringement of U.S. Patent No. 11,009,181**



Features our innovative detachable touchscreen design, HD image transmission up to 20 meters[1], and a built-in microphone for on-the-go control and monitoring.

[INSTA360].

**Infringement of U.S. Patent No. 11,009,181**



"This has a detachable screen over here where you can record. You can control the gimbal left and right. You can flip it. You can monitor live. There's zero latency. I can use the rocker switch for zooming in and out. And we can press record to record on the camera."

[ZANDER].

19

**Infringement of U.S. Patent No. 11,009,181**

## Innovative Features of the Luna Ultra

The Luna Ultra stands out as a versatile tool for creators, offering a dual-camera system that allows users to switch seamlessly between wide-angle and telephoto perspectives. This flexibility makes it particularly appealing for those who need diverse shooting options in a single device. Key features of the Luna Ultra include:

- **Detachable touchscreen controller** for enhanced usability and intuitive operation during filming.
- Shared core features with the Luna Pro, making sure a consistent and reliable user experience across the lineup.

This combination of adaptability and advanced functionality positions the Luna Ultra as a compelling choice for creators seeking professional-grade results without the bulk of traditional camera systems.

**Infringement of U.S. Patent No. 11,009,181**



"Once the screen is detached, it becomes my wireless remote control. . . Now I can simply slide the Luna out, comfortably sit inside the car, enjoy the air conditioning, and elegantly control the camera movement with the split screen."

[UNBOX].

Further, a press action on the Accused Products causes the Accused Products to generate a control instruction that switches between a first operating mode and a second operating mode.

**Infringement of U.S. Patent No. 11,009,181**



"As you may be able to see, it's tracking me right now"
[SKRABA].

**Infringement of U.S. Patent No. 11,009,181**



"Matti Haapoja: You can flip it around and you could track it on me.
Kai: No. Let's check. I really want this camera.
Matti Haapoja: If I go over here, is it tracking me still?
Kai: Yep.
Matti Haapoja: Alright. Hit the record button. Red button. On the bottom. Alright. Is it tracking me?
Kai: Yep.
Matti Haapoja: Getting my every move?
Kai: Yes. Matti Haapoja: You're like a pro. How are you tracking me so good, Kai?"
[HAAPOJA].

23

**Infringement of U.S. Patent No. 11,009,181**



24

**Infringement of U.S. Patent No. 11,009,181**

[AIRPHOTO].

## Gimbal Modes

The device is equipped with a 3-axis mechanical gimbal that offers various gimbal modes to suit different shooting needs. Switching modes allows you to quickly adapt to handheld walking, sports tracking, or creative angles.

## Available Gimbal Modes

- **Roll Lock:** Keeps the frame level. Ideal for daily vlogs.

- **Roll & Tilt Lock:** Keeps the frame level and tilt fixed. Ideal for dolly and pan shots.

- **FPV:** Follows handle movement in all directions. Ideal for creative shots.

- **FPV-V:** The gimbal freely follows the handle in all directions. When recentered, the camera stays perpendicular to the handle.

## Switching Modes

Swipe down from the top edge of the touchscreen to enter the shortcut menu, then tap Gimbal Mode to switch modes. After switching to a different mode, the gimbal will automatically center itself.

25

## Auto Tracking and Smart Framing

### Auto Tracking

In modes that support tracking, you can enable tracking using any of the following methods:

- **Method 1:** Via Joystick. On the shooting page, push in the joystick. The system will automatically identify and lock onto the best subject in the frame to start tracking. Long press the joystick to enable Auto Tracking or Group Tracking depending on how many people are in front of the camera.

- **Method 2:** Via Touchscreen Double-Tap. Double-tap the subject you want to track on the screen to start tracking directly.

- **Method 3:** Via Feature Icon. Tap the tracking icon on the left side of the screen to perform the following actions:

    - **Single-Tap Selection**: Directly tap a pre-detected subject in the frame.

    - **Manual Selection**: Press and drag on the screen to draw a box around one or more subjects. (This method supports free tracking for any object that has not been pre-detected.)

    - **Auto-Tracking**: Once enabled, the camera detects trackable human subjects in the frame in real time. When the shutter button is pressed or tracking is triggered, the system automatically selects the largest subject closest to the center of the frame as the tracking target and begins auto-tracking. This is ideal for scenarios such as outdoor solo selfies. It is recommended to avoid overly crowded environments while shooting to ensure accurate tracking.

**Adjusting Framing**: While tracking, move the joystick to reposition the target within the frame.

### Notes on Canceling and Losing Tracking Subjects

- **Manual Exit**: When tracking, single-tap anywhere on the screen to cancel.

26

**Infringement of U.S. Patent No. 11,009,181**

- **Subject Lost**: If the subject is obstructed or leaves the frame, the box will turn yellow as the system attempts to reacquire it. In this state, the system applies different auto-cancel strategies based on the type of tracked subject:

    ◦ For human subjects: The system will continue searching for the subject and will never automatically cancel tracking.

    ◦ For pet subjects: If the subject is not reacquired within 10 seconds, the box will disappear and tracking will automatically cancel.

    ◦ For other subjects: If the subject is not reacquired within 5 seconds, the box will disappear and tracking will automatically cancel.

**Smart Framing**

Tap the icon to preset your framing position using a 3×3 grid.

**Customize Framing**

While tracking, tap the Smart Framing button on the left side of the screen. You can then tap the screen or toggle the joystick to select a composition point, ensuring the tracked subject always remains positioned at that specific point.

**Tips:**

- Tracking performance may be limited in environments with rapid movement, obstructed subjects, or extremely low light.

[MANUAL, pgs. 17–19].

27

**Infringement of U.S. Patent No. 11,009,181**

### How to switch between different gimbal modes

Swipe down from the top of the camera screen to access the "Quick Menu" > tap "Gimbal Mode" > switch the mode options as needed.

### Mode description

The gimbal controls the lens' orientation through the pan axis (horizontal rotation), pitch axis (vertical rotation), and roll axis (left-right tilt) to achieve stable shooting. The following 3 gimbal modes are available:

| Mode | Core Features | Applicable Shooting Scenarios |
| --- | --- | --- |
| Roll Lock (Default) | The pitch and pan axes rotate following the handle, while the roll axis always remains horizontal | Ideal for most scenarios such as vlogging, selfies, and daily casual shooting |
| Roll & Tilt Lock | Only the pan axis rotates following the handle; the pitch axis is locked, and the roll axis remains horizontal | Ideal for creative shots that require a stable frame angle, such as smooth push-in/pull-out and lateral movements |
| Omnidirectional Follow | The lens direction fully follows the motion of the camera body; the frame is not forced to remain horizontal. Two sub-modes are available:<br><br>• FPV: After the camera is powered on or re-centered, the lens automatically returns to a horizontal, forward-facing position<br>• FPV-V: After the camera is powered on or re-centered, the lens is oriented perpendicular to the camera body | This mode provides a more immersive dynamic perspective, ideal for creative camera movements and first-person view shooting |

*Please note: You can enable the 'Lock Mode" via custom button assignment. In this mode, the pan, pitch, and roll axes do not follow the handle, locking the camera orientation. This is suitable for push-in/pull-out, lateral movements, lifting, high-to-low angle changes, and other scenarios where a stable frame is required.*

[MODE].

28

**Infringement of U.S. Patent No. 11,009,181**

| 1[b] wherein the first operating mode and the second operating mode cause different relative movements between the gimbal and the optical device, | The Accused Products include a first operating mode and second operating mode with different relative movements between the gimbal and the optical device. |
| --- | --- |
| | For example, the Accused Products include a locked mode and a follow mode, where the relative movements between the gimbal and the optical device is different based on the mode. |
| | **Available Gimbal Modes** |
| | - **Roll Lock:** Keeps the frame level. Ideal for daily vlogs. |
| | - **Roll & Tilt Lock:** Keeps the frame level and tilt fixed. Ideal for dolly and pan shots. |
| | - **FPV:** Follows handle movement in all directions. Ideal for creative shots. |
| | - **FPV-V:** The gimbal freely follows the handle in all directions. When recentered, the camera stays perpendicular to the handle. |

**Infringement of U.S. Patent No. 11,009,181**

## Auto Tracking and Smart Framing

### Auto Tracking

In modes that support tracking, you can enable tracking using any of the following methods:

- **Method 1:** Via Joystick. On the shooting page, push in the joystick. The system will automatically identify and lock onto the best subject in the frame to start tracking. Long press the joystick to enable Auto Tracking or Group Tracking depending on how many people are in front of the camera.

- **Method 2:** Via Touchscreen Double-Tap. Double-tap the subject you want to track on the screen to start tracking directly.

- **Method 3:** Via Feature Icon. Tap the tracking icon on the left side of the screen to perform the following actions:

  - **Single-Tap Selection**: Directly tap a pre-detected subject in the frame.

  - **Manual Selection**: Press and drag on the screen to draw a box around one or more subjects. (This method supports free tracking for any object that has not been pre-detected.)

  - **Auto-Tracking**: Once enabled, the camera detects trackable human subjects in the frame in real time. When the shutter button is pressed or tracking is triggered, the system automatically selects the largest subject closest to the center of the frame as the tracking target and begins auto-tracking. This is ideal for scenarios such as outdoor solo selfies. It is recommended to avoid overly crowded environments while shooting to ensure accurate tracking.

**Adjusting Framing**: While tracking, move the joystick to reposition the target within the frame.

### Notes on Canceling and Losing Tracking Subjects

- **Manual Exit**: When tracking, single-tap anywhere on the screen to cancel.

30

**Infringement of U.S. Patent No. 11,009,181**

- **Subject Lost**: If the subject is obstructed or leaves the frame, the box will turn yellow as the system attempts to reacquire it. In this state, the system applies different auto-cancel strategies based on the type of tracked subject:

  - For human subjects: The system will continue searching for the subject and will never automatically cancel tracking.

  - For pet subjects: If the subject is not reacquired within 10 seconds, the box will disappear and tracking will automatically cancel.

  - For other subjects: If the subject is not reacquired within 5 seconds, the box will disappear and tracking will automatically cancel.

**Smart Framing**

Tap the icon to preset your framing position using a 3×3 grid.

**Customize Framing**

While tracking, tap the Smart Framing button on the left side of the screen. You can then tap the screen or toggle the joystick to select a composition point, ensuring the tracked subject always remains positioned at that specific point.

**Tips:**

- Tracking performance may be limited in environments with rapid movement, obstructed subjects, or extremely low light.

[MANUAL, pgs. 17–19].

31

**Infringement of U.S. Patent No. 11,009,181**



"As you may be able to see, it's tracking me right now"

[SKRABA] (also showing the difference between the tracking mode and locked mode in the footage).

**Infringement of U.S. Patent No. 11,009,181**



Insta360 LUNA Mini Gimbal Camera Better Than DJI Pocket 4?

Matti Haapoja
1.28M subscribers     Subscribe          👍 1.5K   👎   ↪ Share   ✦ Ask   🔖 Save   •••

"Matti Haapoja: You can flip it around and you could track it on me.
Kai: No. Let's check. I really want this camera.
Matti Haapoja: If I go over here, is it tracking me still?
Kai: Yep.
Matti Haapoja: Alright. Hit the record button. Red button. On the bottom. Alright. Is it tracking me?
Kai: Yep.
Matti Haapoja: Getting my every move?
Kai: Yes. Matti Haapoja: You're like a pro. How are you tracking me so good, Kai?"
[HAAPOJA].

**Infringement of U.S. Patent No. 11,009,181**

| | |
|---|---|
| | "Like previous pocket gimbal cameras, stabilization remains a major focus here. The Luna Ultra uses a 3-axis gimbal system alongside what Insta360 calls a triple AI chip for subject tracking and automated framing features such as Deep Track." [GIZMO]. |

**Infringement of U.S. Patent No. 11,009,181**



**Infringement of U.S. Patent No. 11,009,181**

[AIRPHOTO].

**Five-way joystick**

| Camera Status | Function |
|---|---|
| Before photo capturing / video recording<br><br>In the preview mode | Move: Freely adjust gimbal direction |
| | Single Press: Enable/disable Smart Tracking |
| | Double Press: Gimbal Return to Center |
| | Triple Press: Flip the gimbal lens front to back |

36

**Infringement of U.S. Patent No. 11,009,181**

### Buttons at the screen bottom

Swipe down from the top of the camera screen to access the "Quick Menu" > swipe left from the right to find and tap "Custom Button" to set the functions of the left and right buttons.

| Button | Customizable Functions |
|---|---|
| Left Button | Flip camera, Switch Photo/Video, Enter 360 Pano, and Enter Barrel Roll |
| Right Button | Switch Filter, Gimbal Return to Center, EV Adjustment, Lock/Unlock Gimbal Direction, and Switch Zoom |

[BUTTON].

37

**Infringement of U.S. Patent No. 11,009,181**

### How to switch between different gimbal modes

Swipe down from the top of the camera screen to access the "Quick Menu" > tap "Gimbal Mode" > switch the mode options as needed.

### Mode description

The gimbal controls the lens' orientation through the pan axis (horizontal rotation), pitch axis (vertical rotation), and roll axis (left-right tilt) to achieve stable shooting. The following 3 gimbal modes are available:

| Mode | Core Features | Applicable Shooting Scenarios |
|---|---|---|
| Roll Lock (Default) | The pitch and pan axes rotate following the handle, while the roll axis always remains horizontal | Ideal for most scenarios such as vlogging, selfies, and daily casual shooting |
| Roll & Tilt Lock | Only the pan axis rotates following the handle; the pitch axis is locked, and the roll axis remains horizontal | Ideal for creative shots that require a stable frame angle, such as smooth push-in/pull-out and lateral movements |
| Omnidirectional Follow | The lens direction fully follows the motion of the camera body; the frame is not forced to remain horizontal. Two sub-modes are available:<br><br>• FPV: After the camera is powered on or re-centered, the lens automatically returns to a horizontal, forward-facing position<br>• FPV-V: After the camera is powered on or re-centered, the lens is oriented perpendicular to the camera body | This mode provides a more immersive dynamic perspective, ideal for creative camera movements and first-person view shooting |

*Please note:* You can enable the 'Lock Mode" via custom button assignment. In this mode, the pan, pitch, and roll axes do not follow the handle, locking the camera orientation. This is suitable for push-in/pull-out, lateral movements, lifting, high-to-low angle changes, and other scenarios where a stable frame is required.

[MODE].

38

**Infringement of U.S. Patent No. 11,009,181**

| | |
|---|---|
| **1[c]**  wherein the first operating mode and the second operating mode are selected from (1) a follow mode in which a shooting direction of the optical device follows a moving direction of the gimbal and (2) a locked mode in which the shooting direction of the optical device is locked in a specified direction regardless of movement of the gimbal; and | The Accused Products include a first operating mode and second operating mode wherein the first operating mode and the second operating mode are selected from (1) a follow mode in which a shooting direction of the optical device follows a moving direction of the gimbal and (2) a locked mode in which the shooting direction of the optical device is locked in a specified direction regardless of movement of the gimbal.<br><br>For example, the Accused Products include a locked mode in which the shooting direction of the optical device is locked in a specified direction regardless of movement of the gimbal.<br><br>**Available Gimbal Modes**<br><br>•   **Roll Lock:** Keeps the frame level. Ideal for daily vlogs.<br><br>•   **Roll & Tilt Lock:** Keeps the frame level and tilt fixed. Ideal for dolly and pan shots.<br><br>•   **FPV:** Follows handle movement in all directions. Ideal for creative shots.<br><br>•   **FPV-V:** The gimbal freely follows the handle in all directions. When recentered, the camera stays perpendicular to the handle. |

Infringement of U.S. Patent No. 11,009,181

## Auto Tracking and Smart Framing

### Auto Tracking

In modes that support tracking, you can enable tracking using any of the following methods:

- **Method 1:** Via Joystick. On the shooting page, push in the joystick. The system will automatically identify and lock onto the best subject in the frame to start tracking. Long press the joystick to enable Auto Tracking or Group Tracking depending on how many people are in front of the camera.

- **Method 2:** Via Touchscreen Double-Tap. Double-tap the subject you want to track on the screen to start tracking directly.

- **Method 3:** Via Feature Icon. Tap the tracking icon on the left side of the screen to perform the following actions:

  - **Single-Tap Selection**: Directly tap a pre-detected subject in the frame.

  - **Manual Selection**: Press and drag on the screen to draw a box around one or more subjects. (This method supports free tracking for any object that has not been pre-detected.)

  - **Auto-Tracking**: Once enabled, the camera detects trackable human subjects in the frame in real time. When the shutter button is pressed or tracking is triggered, the system automatically selects the largest subject closest to the center of the frame as the tracking target and begins auto-tracking. This is ideal for scenarios such as outdoor solo selfies. It is recommended to avoid overly crowded environments while shooting to ensure accurate tracking.

**Adjusting Framing**: While tracking, move the joystick to reposition the target within the frame.

### Notes on Canceling and Losing Tracking Subjects

- **Manual Exit**: When tracking, single-tap anywhere on the screen to cancel.

40

**Infringement of U.S. Patent No. 11,009,181**

- **Subject Lost**: If the subject is obstructed or leaves the frame, the box will turn yellow as the system attempts to reacquire it. In this state, the system applies different auto-cancel strategies based on the type of tracked subject:

  - For human subjects: The system will continue searching for the subject and will never automatically cancel tracking.

  - For pet subjects: If the subject is not reacquired within 10 seconds, the box will disappear and tracking will automatically cancel.

  - For other subjects: If the subject is not reacquired within 5 seconds, the box will disappear and tracking will automatically cancel.

**Smart Framing**

Tap the icon to preset your framing position using a 3×3 grid.

**Customize Framing**

While tracking, tap the Smart Framing button on the left side of the screen. You can then tap the screen or toggle the joystick to select a composition point, ensuring the tracked subject always remains positioned at that specific point.

**Tips:**

- Tracking performance may be limited in environments with rapid movement, obstructed subjects, or extremely low light.

[MANUAL, pgs. 17–19].

41

**Infringement of U.S. Patent No. 11,009,181**



"As you may be able to see, it's tracking me right now"

[SKRABA] (filming in both follow mode and locked mode in the video).

**Infringement of U.S. Patent No. 11,009,181**



"Matti Haapoja: You can flip it around and you could track it on me.

Kai: No. Let's check. I really want this camera.

Matti Haapoja: If I go over here, is it tracking me still?

Kai: Yep.

Matti Haapoja: Alright. Hit the record button. Red button. On the bottom. Alright. Is it tracking me?

Kai: Yep.

Matti Haapoja: Getting my every move?

Kai: Yes. Matti Haapoja: You're like a pro. How are you tracking me so good, Kai?"

**Infringement of U.S. Patent No. 11,009,181**

[HAAPOJA].



[TEASER].

**Infringement of U.S. Patent No. 11,009,181**



**Infringement of U.S. Patent No. 11,009,181**

[AIRPHOTO].

## Five-way joystick

| Camera Status | Function |
|---|---|
| Before photo capturing / video recording<br><br>In the preview mode | Move: Freely adjust gimbal direction |
| | Single Press: Enable/disable Smart Tracking |
| | Double Press: Gimbal Return to Center |
| | Triple Press: Flip the gimbal lens front to back |

**Infringement of U.S. Patent No. 11,009,181**

**Buttons at the screen bottom**

Swipe down from the top of the camera screen to access the "Quick Menu" > swipe left from the right to find and tap "Custom Button" to set the functions of the left and right buttons.

| Button | Customizable Functions |
|---|---|
| Left Button | Flip camera, Switch Photo/Video, Enter 360 Pano, and Enter Barrel Roll |
| Right Button | Switch Filter, Gimbal Return to Center, EV Adjustment, Lock/Unlock Gimbal Direction, and Switch Zoom |

[BUTTON].

47

**Infringement of U.S. Patent No. 11,009,181**

### How to switch between different gimbal modes

Swipe down from the top of the camera screen to access the "Quick Menu" > tap "Gimbal Mode" > switch the mode options as needed.

### Mode description

The gimbal controls the lens' orientation through the pan axis (horizontal rotation), pitch axis (vertical rotation), and roll axis (left-right tilt) to achieve stable shooting. The following 3 gimbal modes are available:

| Mode | Core Features | Applicable Shooting Scenarios |
| --- | --- | --- |
| Roll Lock (Default) | The pitch and pan axes rotate following the handle, while the roll axis always remains horizontal | Ideal for most scenarios such as vlogging, selfies, and daily casual shooting |
| Roll & Tilt Lock | Only the pan axis rotates following the handle; the pitch axis is locked, and the roll axis remains horizontal | Ideal for creative shots that require a stable frame angle, such as smooth push-in/pull-out and lateral movements |
| Omnidirectional Follow | The lens direction fully follows the motion of the camera body; the frame is not forced to remain horizontal. Two sub-modes are available:<br><br>• FPV: After the camera is powered on or re-centered, the lens automatically returns to a horizontal, forward-facing position<br>• FPV-V: After the camera is powered on or re-centered, the lens is oriented perpendicular to the camera body | This mode provides a more immersive dynamic perspective, ideal for creative camera movements and first-person view shooting |

*Please note:* You can enable the 'Lock Mode" via custom button assignment. In this mode, the pan, pitch, and roll axes do not follow the handle, locking the camera orientation. This is suitable for push-in/pull-out, lateral movements, lifting, high-to-low angle changes, and other scenarios where a stable frame is required.

[MODE].

48

**Infringement of U.S. Patent No. 11,009,181**

For example, the Accused Products also include a follow mode in which the shooting direction of the optical device follow a moving direction of the gimbal.



[SAMPLE] (same).

49

**Infringement of U.S. Patent No. 11,009,181**



[TECHTRAV] (same).

50

**Infringement of U.S. Patent No. 11,009,181**

| | |
|---|---|
| | **Available Gimbal Modes**<br><br>• **Roll Lock:** Keeps the frame level. Ideal for daily vlogs.<br><br>• **Roll & Tilt Lock:** Keeps the frame level and tilt fixed. Ideal for dolly and pan shots.<br><br>• **FPV:** Follows handle movement in all directions. Ideal for creative shots.<br><br>• **FPV-V:** The gimbal freely follows the handle in all directions. When recentered, the camera stays perpendicular to the handle. |

**Infringement of U.S. Patent No. 11,009,181**

| | |
|---|---|
| | ## Auto Tracking and Smart Framing<br><br>### Auto Tracking<br><br>In modes that support tracking, you can enable tracking using any of the following methods:<br><br>• **Method 1:** Via Joystick. On the shooting page, push in the joystick. The system will automatically identify and lock onto the best subject in the frame to start tracking. Long press the joystick to enable Auto Tracking or Group Tracking depending on how many people are in front of the camera.<br><br>• **Method 2:** Via Touchscreen Double-Tap. Double-tap the subject you want to track on the screen to start tracking directly.<br><br>• **Method 3:** Via Feature Icon. Tap the tracking icon on the left side of the screen to perform the following actions:<br><br>   ○ **Single-Tap Selection**: Directly tap a pre-detected subject in the frame.<br><br>   ○ **Manual Selection**: Press and drag on the screen to draw a box around one or more subjects. (This method supports free tracking for any object that has not been pre-detected.)<br><br>   ○ **Auto-Tracking**: Once enabled, the camera detects trackable human subjects in the frame in real time. When the shutter button is pressed or tracking is triggered, the system automatically selects the largest subject closest to the center of the frame as the tracking target and begins auto-tracking. This is ideal for scenarios such as outdoor solo selfies. It is recommended to avoid overly crowded environments while shooting to ensure accurate tracking.<br><br>**Adjusting Framing**: While tracking, move the joystick to reposition the target within the frame.<br><br>### Notes on Canceling and Losing Tracking Subjects<br><br>• **Manual Exit**: When tracking, single-tap anywhere on the screen to cancel. |

**Infringement of U.S. Patent No. 11,009,181**

|  |  |  |
|---|---|---|
|  | • **Subject Lost**: If the subject is obstructed or leaves the frame, the box will turn yellow as the system attempts to reacquire it. In this state, the system applies different auto-cancel strategies based on the type of tracked subject:<br><br>  ◦ For human subjects: The system will continue searching for the subject and will never automatically cancel tracking.<br><br>  ◦ For pet subjects: If the subject is not reacquired within 10 seconds, the box will disappear and tracking will automatically cancel.<br><br>  ◦ For other subjects: If the subject is not reacquired within 5 seconds, the box will disappear and tracking will automatically cancel.<br><br>**Smart Framing**<br><br>Tap the icon to preset your framing position using a 3×3 grid.<br><br>**Customize Framing**<br><br>While tracking, tap the Smart Framing button on the left side of the screen. You can then tap the screen or toggle the joystick to select a composition point, ensuring the tracked subject always remains positioned at that specific point.<br><br>**Tips:**<br><br>• Tracking performance may be limited in environments with rapid movement, obstructed subjects, or extremely low light.<br><br>[MANUAL, pgs. 17–19]. |  |

**Infringement of U.S. Patent No. 11,009,181**

### How to switch between different gimbal modes

Swipe down from the top of the camera screen to access the "Quick Menu" > tap "Gimbal Mode" > switch the mode options as needed.

### Mode description

The gimbal controls the lens' orientation through the pan axis (horizontal rotation), pitch axis (vertical rotation), and roll axis (left-right tilt) to achieve stable shooting. The following 3 gimbal modes are available:

| Mode | Core Features | Applicable Shooting Scenarios |
|---|---|---|
| Roll Lock (Default) | The pitch and pan axes rotate following the handle, while the roll axis always remains horizontal | Ideal for most scenarios such as vlogging, selfies, and daily casual shooting |
| Roll & Tilt Lock | Only the pan axis rotates following the handle; the pitch axis is locked, and the roll axis remains horizontal | Ideal for creative shots that require a stable frame angle, such as smooth push-in/pull-out and lateral movements |
| Omnidirectional Follow | The lens direction fully follows the motion of the camera body; the frame is not forced to remain horizontal. Two sub-modes are available:<br><br>• FPV: After the camera is powered on or re-centered, the lens automatically returns to a horizontal, forward-facing position<br>• FPV-V: After the camera is powered on or re-centered, the lens is oriented perpendicular to the camera body | This mode provides a more immersive dynamic perspective, ideal for creative camera movements and first-person view shooting |

*Please note: You can enable the 'Lock Mode" via custom button assignment. In this mode, the pan, pitch, and roll axes do not follow the handle, locking the camera orientation. This is suitable for push-in/pull-out, lateral movements, lifting, high-to-low angle changes, and other scenarios where a stable frame is required.*

[MODE].

**Infringement of U.S. Patent No. 11,009,181**

| | |
|---|---|
| **1[d]**  a controlling assembly configured to receive the control instruction from the control device and generate a performing instruction based on the control instruction for controlling the optical device. | The Accused Products include a controlling assembly configured to receive the control instruction from the control device and generate a performing instruction based on the control instruction for controlling the optical device.<br><br>For example, the Accused Products include a controller configured to receive the control instruction from the control device and generate a performing instruction based on the control instruction for controlling the optical device. |

**Infringement of U.S. Patent No. 11,009,181**



Luna Ultra  User Manual

# 1. Product Overview

## Luna Ultra Introduction

| | | | |
|---|---|---|---|
| 1. | Lenses and Sensor | 12. | Mounting Latch |
| 2. | Pan Axis Motor | 13. | USB-C Port |
| 3. | Touchscreen | 14. | Ventilation Area |
| 4. | Custom Button (Left) | 15. | Roll Axis Motor |
| 5. | Custom Button (Right) | 16. | Tilt Axis Motor |
| 6. | Joystick | 17. | Wind Guard |
| 7. | Shutter Button | 18. | Detachable Touchscreen Remote |
| 8. | Indicator Light | | |
| 9. | Zoom Slider | 19. | Release Button |
| 10. | microSD Card Slot | 20. | Lanyard Hole |
| 11. | Speaker | 21. | Mounting Latch |

**Infringement of U.S. Patent No. 11,009,181**

## Gimbal Modes

The device is equipped with a 3-axis mechanical gimbal that offers various gimbal modes to suit different shooting needs. Switching modes allows you to quickly adapt to handheld walking, sports tracking, or creative angles.

## Available Gimbal Modes

- **Roll Lock:** Keeps the frame level. Ideal for daily vlogs.

- **Roll & Tilt Lock:** Keeps the frame level and tilt fixed. Ideal for dolly and pan shots.

- **FPV:** Follows handle movement in all directions. Ideal for creative shots.

- **FPV-V:** The gimbal freely follows the handle in all directions. When recentered, the camera stays perpendicular to the handle.

## Switching Modes

Swipe down from the top edge of the touchscreen to enter the shortcut menu, then tap Gimbal Mode to switch modes. After switching to a different mode, the gimbal will automatically center itself.

**Infringement of U.S. Patent No. 11,009,181**

## Auto Tracking and Smart Framing

### Auto Tracking

In modes that support tracking, you can enable tracking using any of the following methods:

- **Method 1:** Via Joystick. On the shooting page, push in the joystick. The system will automatically identify and lock onto the best subject in the frame to start tracking. Long press the joystick to enable Auto Tracking or Group Tracking depending on how many people are in front of the camera.

- **Method 2:** Via Touchscreen Double-Tap. Double-tap the subject you want to track on the screen to start tracking directly.

- **Method 3:** Via Feature Icon. Tap the tracking icon on the left side of the screen to perform the following actions:

  - **Single-Tap Selection**: Directly tap a pre-detected subject in the frame.

  - **Manual Selection**: Press and drag on the screen to draw a box around one or more subjects. (This method supports free tracking for any object that has not been pre-detected.)

  - **Auto-Tracking**: Once enabled, the camera detects trackable human subjects in the frame in real time. When the shutter button is pressed or tracking is triggered, the system automatically selects the largest subject closest to the center of the frame as the tracking target and begins auto-tracking. This is ideal for scenarios such as outdoor solo selfies. It is recommended to avoid overly crowded environments while shooting to ensure accurate tracking.

**Adjusting Framing**: While tracking, move the joystick to reposition the target within the frame.

### Notes on Canceling and Losing Tracking Subjects

- **Manual Exit**: When tracking, single-tap anywhere on the screen to cancel.

58

**Infringement of U.S. Patent No. 11,009,181**

| | |
|---|---|
| | • **Subject Lost**: If the subject is obstructed or leaves the frame, the box will turn yellow as the system attempts to reacquire it. In this state, the system applies different auto-cancel strategies based on the type of tracked subject:<br><br>   ◦ For human subjects: The system will continue searching for the subject and will never automatically cancel tracking.<br><br>   ◦ For pet subjects: If the subject is not reacquired within 10 seconds, the box will disappear and tracking will automatically cancel.<br><br>   ◦ For other subjects: If the subject is not reacquired within 5 seconds, the box will disappear and tracking will automatically cancel.<br><br>**Smart Framing**<br>Tap the icon to preset your framing position using a 3×3 grid.<br><br>**Customize Framing**<br>While tracking, tap the Smart Framing button on the left side of the screen. You can then tap the screen or toggle the joystick to select a composition point, ensuring the tracked subject always remains positioned at that specific point.<br><br>**Tips:**<br>• Tracking performance may be limited in environments with rapid movement, obstructed subjects, or extremely low light.<br><br>[MANUAL, pgs. 1, 17–19]. |

59

**Infringement of U.S. Patent No. 11,009,181**



**Infringement of U.S. Patent No. 11,009,181**

[REMOTE].



"This has a detachable screen over here where you can record. You can control the gimbal left and right. You can flip it. You can monitor live. There's zero latency. I can use the rocker switch for zooming in and out. And we can press record to record on the camera."

[ZANDER].

**Infringement of U.S. Patent No. 11,009,181**



Insta360 LUNA Ultra Creator Bundle Unboxing & Top 10 Features You Should Know Before Spend $900!

"Once the screen is detached, it becomes my wireless remote control. . . Now I can simply slide the Luna out, comfortably sit inside the car, enjoy the air conditioning, and elegantly control the camera movement with the split screen."

[UNBOX].

**Infringement of U.S. Patent No. 11,009,181**

## Five-way joystick

| Camera Status | Function |
|---|---|
| Before photo capturing / video recording<br><br>In the preview mode | Move: Freely adjust gimbal direction |
| | Single Press: Enable/disable Smart Tracking |
| | Double Press: Gimbal Return to Center |
| | Triple Press: Flip the gimbal lens front to back |

63

**Infringement of U.S. Patent No. 11,009,181**

**Buttons at the screen bottom**

Swipe down from the top of the camera screen to access the "Quick Menu" > swipe left from the right to find and tap "Custom Button" to set the functions of the left and right buttons.

| Button | Customizable Functions |
|---|---|
| Left Button | Flip camera, Switch Photo/Video, Enter 360 Pano, and Enter Barrel Roll |
| Right Button | Switch Filter, Gimbal Return to Center, EV Adjustment, Lock/Unlock Gimbal Direction, and Switch Zoom |

[BUTTON].

64

**Infringement of U.S. Patent No. 11,009,181**

### How to switch between different gimbal modes

Swipe down from the top of the camera screen to access the "Quick Menu" > tap "Gimbal Mode" > switch the mode options as needed.

### Mode description

The gimbal controls the lens' orientation through the pan axis (horizontal rotation), pitch axis (vertical rotation), and roll axis (left-right tilt) to achieve stable shooting. The following 3 gimbal modes are available:

| Mode | Core Features | Applicable Shooting Scenarios |
|---|---|---|
| Roll Lock (Default) | The pitch and pan axes rotate following the handle, while the roll axis always remains horizontal | Ideal for most scenarios such as vlogging, selfies, and daily casual shooting |
| Roll & Tilt Lock | Only the pan axis rotates following the handle; the pitch axis is locked, and the roll axis remains horizontal | Ideal for creative shots that require a stable frame angle, such as smooth push-in/pull-out and lateral movements |
| Omnidirectional Follow | The lens direction fully follows the motion of the camera body; the frame is not forced to remain horizontal. Two sub-modes are available:<br><br>• FPV: After the camera is powered on or re-centered, the lens automatically returns to a horizontal, forward-facing position<br>• FPV-V: After the camera is powered on or re-centered, the lens is oriented perpendicular to the camera body | This mode provides a more immersive dynamic perspective, ideal for creative camera movements and first-person view shooting |

*Please note:* You can enable the 'Lock Mode" via custom button assignment. In this mode, the pan, pitch, and roll axes do not follow the handle, locking the camera orientation. This is suitable for push-in/pull-out, lateral movements, lifting, high-to-low angle changes, and other scenarios where a stable frame is required.

[MODE].

65