# EXHIBIT 9

**Infringement of U.S. Patent No. 11,245,855**

# EXHIBIT 9
# U.S. Patent No. 11,245,855
# Claim Chart

The claim charts provided herein are based on information obtained to date and may not be exhaustive. Plaintiffs' SZ DJI Technology Co., Ltd and SZ DJI Osmo Technology Co., Ltd. (collectively, "DJI" or "Plaintiffs") investigation of Defendants Arashi Vision Inc. d/b/a Insta360; Arashi Technologie B.V. d/b/a Insta360; Istone Innovation Ltd. d/b/a Insta360; and Instone Technology (HK) Ltd. d/b/a Insta360 (collectively, "Insta360" or "Defendants") (collectively, "Insta360" or "Defendants") infringement is ongoing. Fact discovery has not begun, and to date, Plaintiffs have not yet received documents from nor conducted any depositions regarding the Accused Products identified in the cover pleading to which this chart is attached. Plaintiffs reserve the right to supplement and/or amend these charts to identify additional Accused Products, additional asserted claims, and/or to further identify where each element of each claim is found in Accused Product, including on the basis of discovery obtained from Defendants, or from third parties during the course of this litigation.

For any dependent claim, Plaintiffs incorporate by reference the disclosures, evidence, and analysis set forth for the independent claim from which that dependent claim depends, as if fully set forth herein. Plaintiffs' inclusion of any claim preamble in this claim chart should not be interpreted as an admission that the preamble is limiting. Plaintiffs reserve the right to take the position that the claim preambles are limiting or not limiting on a claim-by-claim basis.

1

**Infringement of U.S. Patent No. 11,245,855**

**LEGEND**

| SHORTHAND | TITLE | URL |
|---|---|---|
| BH PHOTO | "Insta360 Luna Ultra Standard Combo (Cosmic Black)" | https://www.bhphotovideo.com/c/product/1964142-REG/insta360_cinsabta_luna01_luna_ultra_standard_bundle.html |
| SPEC | "Insta360 Luna Ultra Full Specification," TheNewCamera, May 10, 2026. | thenewcamera.com/insta360-luna-ultra-full-specification/ |
| REMOTE | "Breaking News: Insta360 Luna Ultra Support Detachable Remote Screen and Controllers — Confirmed," TheNewCamera, May 9, 2026. | thenewcamera.com/breaking-news-insta360-luna-ultra-support-detachable-remote-screen-and-controllers-confirmed/ |
| RETAIL | "Exclusive: Insta360 Luna Ultra retail box confirms remote control with OLED display, 8K video," Notebookcheck (M. Filipov), May 9, 2026. | notebookcheck.net/Exclusive-Insta360-Luna-Ultra-retail-box-confirms-remote-control-with-OLED-display-8K-video-don-t-tell-DJI.1292599.0.html |
| PROMO | "Insta360 Luna Ultra surfaces in detailed promo images ahead of launch," Gizmochina (Debasish), May 13, 2026. | gizmochina.com/2026/05/13/insta360-luna-ultra-surfaces-in-detailed-promo-images-ahead-of-launch/ |
| DOVEY | Jeven Dovey, "Insta360 Luna — a Pocket Gimbal with 2 lenses!!!," YouTube, Apr. 20, 2026. | youtube.com/watch?v=bsRg83xqSu0 |
| COMINGSOON | Zander Round, "Insta360 Luna Ultra and Pro — COMING SOON!," YouTube, Apr. 20, 2026. | youtube.com/watch?v=7-62qick9uA |
| MANNING | david manning, "MASSIVE LEAK FROM @insta360 on their new top secret camera!," YouTube Shorts, Apr. 26, 2026. | youtube.com/shorts/azyQX5DPwDQ |
| SKRABA | Phillip Skraba, "FORGET the DJI Pocket 4 Pro, this is the Insta360 Luna Ultra," YouTube, Apr. 21, 2026. | youtube.com/watch?v=0BRZ1BeOAA0 |
| JULIAN | Otto Julian, "Hands-On the Insta360 Luna! Forget about the DJI Pocket 4!," YouTube, Apr. 21, 2026. | youtube.com/watch?v=OukhyTe1-6w |
| ZHOU | David Zhou, "The DJI Osmo Pocket 4 Killer?! | youtube.com/watch?v=TR5D4lzCJ9E |

**Infringement of U.S. Patent No. 11,245,855**

| | (Insta360 Luna Ultra)," YouTube, Apr. 21, 2026. | |
|---|---|---|
| **FIRSTLOOK** | Jake Sloan, "Insta360 Luna First Look: A Pocket 4 Killer?," YouTube, May 3, 2026. | youtube.com/watch?v=zrH_L5wNecs |
| **KINGMI** | Kingmi Mobile, "DJI Osmo Pocket 4 Pro Vs Insta360 LUNA Ultra Hand's On Comparison Cinematic Camera Test!," YouTube, May 14, 2026. | youtu.be/3MhwIoQZgZk |
| **TECHTRAV** | Tech Traveller, "Insta360 Luna Ultra Leaked - DJI Is In Trouble!," YouTube, May 16, 2026. | youtu.be/0WTIdmqDMKY |
| **HAAPOJA** | Matti Haapoja, "Insta360 LUNA Mini Gimbal Camera Better Than DJI Pocket 4?," YouTube, May 21, 2026. | youtube.com/watch?v=WgoJhvu3lxY |
| **WAITORNOT** | "Insta360 Luna Ultra Is COMING! (Should You Wait… or NOT)," YouTube, May 22, 2026. | youtube.com/watch?v=zCWoPOmNesc |
| **FLYTPATH** | FlytPath, "@insta360 just announced the new dual lens, 10 bit, 1" sensor LUNA camera," YouTube Shorts, Apr. 20, 2026. | youtube.com/shorts/gqbEPoy1g2I |
| **ALLEN** | Levi Allen, "FINALLY! Sneak peak at Luna…," YouTube Shorts, Apr. 20, 2026. | youtube.com/shorts/O0ufbOwytgo |
| **TEASER** | Insta360 (official), "Here's a sneak peek at Luna Series," YouTube Shorts, Apr. 21, 2026. | youtube.com/shorts/fcihJxPt78A |
| **NICO** | "Insta360 Luna Pro Camera," Nicodottaphoto, April 20, 2026. | nicodottaphoto.com/cameras/insta360-luna-pocket-camera/ |
| **DSLR** | "Insta360 Luna," DSLR Zone, May 20, 2026. | https://www.dslr-zone.com/insta360-luna/ |
| **GIZMO** | "Insta360 Luna Ultra is already up for pre-order ahead of launch," Gizmochina, May 25, 2026. | https://www.gizmochina.com/2026/05/25/insta360-luna-ultra-already-up-for-pre-order-with-e50-deposit/ |
| **PHOTO** | "The latest Insta360 Luna camera rumors," Photo Rumors, April 25, 2026. | https://photorumors.com/2026/04/25/the-latest-insta360-luna-camera-rumors/ |
| **PHOTORABZ** | "Luna Ultra has an incredible tracking system - No | https://www.youtube.com/shorts/qZVLmK9p5I0 |

**Infringement of U.S. Patent No. 11,245,855**

| | Limits," YouTube Shorts, June 5, 2026. | |
|---|---|---|
| **MANUAL** | Insta360 Luna Ultra User Manual | https://wassets.insta360.com/common/ccd245ad33044db 189fded0453defa61/Luna%20Ultra_User%20Manual_EN.pdf |
| **INSTA360** | Insta360 Luna Ultra Product Page | https://www.insta360.com/product/insta360-luna-ultra |
| **SUPPORT** | Insta360 Luna Ultra Support Page | https://onlinemanual.insta360.com/lunaultra/en-us/ |

Infringement of U.S. Patent No. 11,245,855

**CLAIM 16**

| CLAIM ELEMENT | ACCUSED PRODUCTS |
|---|---|
| **16[pre]** A handheld gimbal comprising: | The Accused Products constitute a handheld gimbal.<br><br>For example, the Accused Product comprise a handheld pocket gimbal camera built on a three-axis mechanical gimbal that carries and controls an optical device (one or two Leica-co-engineered camera modules).<br><br><br><br>[INSTA360]. |

5

**Infringement of U.S. Patent No. 11,245,855**

 

[BH PHOTO].

"Just one day has passed since we confirmed the detachable magnetic handle with controller and display attached to the Insta360 Luna camera, and now today we have a bunch of leaks composed of six different parts by tech detective Igor Bogdanov on X that reveal the pocket gimbal camera's full specifications, design details, and creative capabilities."

6

**Infringement of U.S. Patent No. 11,245,855**

## Stabilization, AI & Creative Modes

- **Stabilization**: Mechanical 3-axis gimbal + 6-axis FlowState gyroscope
- **AI Tracking**: Deep Track AI
- **Creative effects**:
    - Dolly Zoom
    - Barrel Roll (360° rotation)
    - Bullet Time
    - Time-Lapse & Motion Time-Lapse (even while moving)
    - Slow Motion
    - Night Mode
    - Portrait Mode

[SPEC].


"The Luna Ultra also appears to retain a full three-axis mechanical gimbal, which remains one of the biggest advantages these dedicated pocket cameras still have over smartphones." [PROMO].

7

**Infringement of U.S. Patent No. 11,245,855**



**Insta360 Luna First Look: A Pocket 4 Killer?**

Jake Sloan ✓
146K subscribers

Join   Subscribe

👍 1.2K   👎   ↗ Share   ✦ Ask   🔖 Save   •••

"But I can say that I have been wildly impressed with everything we've tested, even considering that it is still in beta. It is performing incredibly well in just pretty much every situation that we've tried it in. One thing that surprised me in using this camera is how good the gimbal stabilizes the footage, especially when you're zoomed in at a much longer focal range. It stabilizes incredibly well for being a handheld walk-around camera like you're seeing in these shots here." [FIRSTLOOK].

"Based on recent online reports and leaks, the Insta360 Pocket appears to be an upcoming modular handheld gimbal camera designed to compete directly with DJI's Osmo Pocket series (e.g., the Osmo Pocket 3 and rumored Pocket 4)." [PHOTO].

8

**Infringement of U.S. Patent No. 11,245,855**

| | |
|---|---|
| | "The best part is that there is not a single leak – multiple social media accounts confirm the split-screen design (what they are calling it), specifically those belonging to Chinese social media platforms like Weibo, and some popular influencer handles on Twitter, are sharing the latest images of the Insta360 Luna, showcasing the wildest possibilities for a handheld gimbal camera." [REMOTE].<br><br>**Modular Design and Detachable Screen**<br><br>While the base **Insta360 Luna Pro** maintains a sleek, integrated unibody design, the flagship **Insta360 Luna Ultra** introduces a groundbreaking "Twist Modular Design."<br><br>• **Wireless Remote Display:** The high-resolution 2-inch OLED touchscreen can be physically unlocked and detached from the main gimbal handle.<br><br>• **Advanced Monitoring:** Once removed, the screen communicates with the camera via ultra-low latency Bluetooth 5.3, acting as a fully wireless remote monitor. This radically changes how creators frame high-angle, low-angle, and complex self-recorded vlog setups without needing to awkwardly connect their smartphone.<br><br>"The Insta360 Luna is a premium, ultra-compact pocket gimbal camera engineered to deliver professional-grade videography and photography in a handheld format. It bridges the critical gap between computational smartphone video and heavy, cumbersome mirrorless camera rigs…" [DSLR]. |
| **16[a]**  a handle; | The Accused Products feature a handle.<br><br>For example, the Accused Products' handle includes a main gimbal handle detachably connected to a detachable remote (in certain configurations) with an OLED touchscreen and physical controls. |

9

**Infringement of U.S. Patent No. 11,245,855**

# What the Leaks Show About the Detachable Handle

The **Insta360 Luna Ultra** consists of two separate pieces that magnetically connect via multi-pin connectors:

- The main **gimbal camera body** (white or black "Panda" edition) with lenses, 3-axis stabilisation, primary battery, and sensors.
- The **detachable handle/controller** that doubles as a wireless remote with:
  - Built-in **colour touchscreen** showing live view, 4K•30 recording info, zoom, and settings
  - Physical controls, including a prominent **red record button**, joystick, directional pad, and function buttons
  - Status LED and full wireless pairing capability

[REMOTE].

"Insta360's big secret is out: The Insta360 Luna Ultra has a detachable remote control; DJI's Osmo Pocket 4 and Pocket 4P are no match.

All in all, the innovative design is an absolute first for gimbal cameras and will undoubtedly make the Luna Ultra stand out in an increasingly competitive segment. Oh, and the retail packaging also provides official confirmation of the Luna Ultra's 8K video recording capabilities, and the panda-looking white color.

While official hands-on videos of the Luna Ultra have been released, Insta360 has been incredibly secretive, preventing YouTube creators with early access from removing the front cover (which comes in the box). We now know why - it was hiding the flagship feature of DJI's new rival.

It is worth noting that while this is our first look at the Insta360 Luna Ultra retail packaging, the detachable remote control feature has already been corroborated by leaked images from China. In other words, the remote is real and the Insta360 Luna Ultra launch is imminent - even if DJI might not be particularly excited about that." [RETAIL]

10

**Infringement of U.S. Patent No. 11,245,855**



"But the hardware design is arguably even more interesting. Images shared by leaker Igor Bogdanov (@Quadro_News) show a detachable front grip that magnetically separates from the body and turns into a wireless remote controller with a 2-inch OLED touchscreen." [PROMO].

11

**Infringement of U.S. Patent No. 11,245,855**



"The part that's genuinely new is the design. Insta360 is calling it Twist modular design — basically it detaches from the handle, so you can mount the camera head somewhere static or use it standalone or swap it onto a different accessory. That's a real practical difference from the DJI Pocket lineup, which is one fixed unit." [WAITORNOT].

**Infringement of U.S. Patent No. 11,245,855**

<table>
<tr>
<td></td>
<td>

**Modular Design and Detachable Screen**

While the base **Insta360 Luna Pro** maintains a sleek, integrated unibody design, the flagship **Insta360 Luna Ultra** introduces a groundbreaking "Twist Modular Design."

- **Wireless Remote Display:** The high-resolution 2-inch OLED touchscreen can be physically unlocked and detached from the main gimbal handle.

- **Advanced Monitoring:** Once removed, the screen communicates with the camera via ultra-low latency Bluetooth 5.3, acting as a fully wireless remote monitor. This radically changes how creators frame high-angle, low-angle, and complex self-recorded vlog setups without needing to awkwardly connect their smartphone.

[DSLR].

</td>
</tr>
<tr>
<td>

**16[b]**  a gimbal fixedly connected to the handle;

</td>
<td>

The Accused Products feature a gimbal fixedly connected to the handle.

For example, the Accused Products' gimbal is attached directly to the handle.

</td>
</tr>
</table>

13

**Infringement of U.S. Patent No. 11,245,855**

# Specs

| Gimbal | **Gimbal** |
| --- | --- |
| Main Lens | |
| Telephoto Lens | |
| Focal length | **Controllable Range** — Pan: –57° to 235° / Tilt: –57° to 120° / Roll: –50° to 50° |
| Photo & Video | |
| Audio | |
| Hardware | **Mechanical Range** — Pan: –63° to 240° / Tilt: –98° to 180° / Roll: –63° to 220° |
| Compatible Devices | |
| | **Max. Control Speed** — 210.0°/s |
| | **Angular Vibration Range** — ±0.005° |

[INSTA360].

14

**Infringement of U.S. Patent No. 11,245,855**

**Modular Design and Detachable Screen**

While the base **Insta360 Luna Pro** maintains a sleek, integrated unibody design, the flagship **Insta360 Luna Ultra** introduces a groundbreaking "Twist Modular Design."

- **Wireless Remote Display:** The high-resolution 2-inch OLED touchscreen can be physically unlocked and detached from the main gimbal handle.

- **Advanced Monitoring:** Once removed, the screen communicates with the camera via ultra-low latency Bluetooth 5.3, acting as a fully wireless remote monitor. This radically changes how creators frame high-angle, low-angle, and complex self-recorded vlog setups without needing to awkwardly connect their smartphone.

"What is the Insta360 Luna?

The Insta360 Luna is a premium, ultra-compact pocket gimbal camera engineered to deliver professional-grade videography and photography in a handheld format. It bridges the critical gap between computational smartphone video and heavy, cumbersome mirrorless camera rigs." [DSLR].

15

**Infringement of U.S. Patent No. 11,245,855**



[BH PHOTO].

**Infringement of U.S. Patent No. 11,245,855**



*Insta360 Luna Ultra original retail box (left) vs AI-enhanced close-up image (right).*

[RETAIL].

17

**Infringement of U.S. Patent No. 11,245,855**



[GIZMO].

| | |
|---|---|
| **16[c]**  a shooting device mounted at the gimbal and configured to shoot images; | The Accused Products feature a shooting device mounted at the gimbal and configured to shoot images.<br><br>For example, the Accused Products' camera is mounted at the gimbal and is configured to shoot images and video.<br><br>"What is the Insta360 Luna?<br>The Insta360 Luna is a premium, ultra-compact pocket gimbal camera engineered to deliver professional-grade videography and photography in a handheld format. It bridges |

**Infringement of U.S. Patent No. 11,245,855**

<table>
<tr>
<td></td>
<td>

the critical gap between computational smartphone video and heavy, cumbersome mirrorless camera rigs." [DSLR].

 

[BH PHOTO].

"Just one day has passed since we confirmed the detachable magnetic handle with controller and display attached to the Insta360 Luna camera, and now today we have a bunch of leaks composed of six different parts by tech detective Igor Bogdanov on X that reveal the pocket gimbal camera's full specifications, design details, and creative

</td>
</tr>
</table>

**Infringement of U.S. Patent No. 11,245,855**

capabilities."

## Video & Photo Capabilities

- **Video codec**: H.265 (HEVC)
- **Bitrate**: Up to 120 Mbps
- **Color profiles**: 10-bit I-Log, Dolby Vision, Gamma Log
- **Photo resolution**: Up to 37 MP in RAW format
- **Triple AI Chip**: Dedicated low-light processing
- **Special modes**: 4K Live Frames, True-to-Life Portraits, 1080p@60fps

Earlier leaks hinted at 4K/30fps (with possible 8K capability) and advanced stabilization—now confirmed with these detailed settings.

[SPEC].



**Insta360 Luna Ultra and Pro - COMING SOON!**

Zander Round
66.6K subscribers    Join    Subscribe                                    449    Share    Ask    Save    ...

"So it's dual lenses. We've got a telephoto lens and a wide-angle lens. I can't tell you the focal lengths, but it can zoom in a long way. So we can zoom in, and I've got some test

20

**Infringement of U.S. Patent No. 11,245,855**

footage here that I'll overlay over me talking here. So we've got the zoom. I can't talk about any of the buttons either, but, yeah, trust me, you will not be disappointed. It's a 1-inch sensor. We've got a fixed f/1.8 aperture and, again, co-engineered with Leica. So we've got those Leica color profiles. We've got all those things built in. So it's gonna be honestly epic. 14 stops of dynamic range." [COMINGSOON].



**Insta360 Luna First Look: A Pocket 4 Killer?**

Jake Sloan
146K subscribers
Join   Subscribe                                    1.2K      Share    Ask    Save    …

"But I can say that I have been wildly impressed with everything we've tested, even considering that it is still in beta. It is performing incredibly well in just pretty much every situation that we've tried it in. One thing that surprised me in using this camera is how good the gimbal stabilizes the footage, especially when you're zoomed in at a much longer focal range. It stabilizes incredibly well for being a handheld walk-around camera like you're seeing in these shots here." [FIRSTLOOK].

**Infringement of U.S. Patent No. 11,245,855**



**Hands-On the Insta360 Luna! Forget about the DJI Pocket 4!**

Otto Julian ✓
107K subscribers    Join    Subscribe              👍 524  👎    ↗ Share   ✦ Ask   🔖 Save   •••

"Did anyone say Pocket 4? Forget about it — here I have the new Insta360 Luna. I've been testing it and I want to quickly share some of my first impressions. But hey, let me just tell you that this is freaking amazing. This is a pocket-style camera that has two Leica lenses: a wide-angle one and a zoom lens with multiple focal lengths. I am very excited about the new 1-inch sensor, and the Insta360 Luna has 14 stops of dynamic range. But what I'm really happy about is that Insta360 is finally giving us 10-bit color, and I know that this is what everyone has been waiting for such a long time. For now I can say that I've been very impressed by the results that I got from this camera. I can't wait to have a full review of the Insta360 Luna soon. Now what you see in the background are just a few video clips that I shot in the last hours, but I am going to shoot more videos in the next few days to share them with you, so make sure to like this video and follow me if you want to see more. Have an amazing day, and see you in the next video. Bye." [JULIAN].

**Infringement of U.S. Patent No. 11,245,855**



Insta360 Luna Ultra Leaked - DJI Is In Trouble!

Tech Traveller  21.8K subscribers   Subscribe    47   Share   Ask   Save   ...

"Then you get into the optics, and this is where things become genuinely serious. Insta360 partnered with Leica Camera for the imaging system, and you can immediately see the influence in the early footage. The image character feels different from typical smartphone-style processing. Highlights roll off more naturally. Shadows retain detail instead of collapsing into muddy blacks. Skin tones actually look human instead of overly sharpened plastic. The main camera reportedly uses a 1-inch sensor paired with an f/1.8 lens, which is massive for something this compact. That sensor size matters because it directly affects low-light performance and dynamic range. Restaurants at night, city streets after sunset, indoor events, rainy environments, these are the situations where small sensors usually collapse. Bigger sensors survive them. And then there's the telephoto lens. This is probably the single biggest weakness compact gimbal cameras have struggled with for years. Most of them force creators into ultra-wide perspectives constantly. Everything

**Infringement of U.S. Patent No. 11,245,855**

| | |
|---|---|
| | looks flattened. Every shot requires standing close to your subject. You lose cinematic compression entirely. The Luna Ultra changes that with a dedicated telephoto system reportedly capable of focal lengths between roughly 70 mm and 120 mm equivalent. Suddenly, backgrounds compress beautifully. Portraits feel cinematic. Street scenes gain depth. City lights separate naturally behind subjects instead of blending into one giant mess of detail. That alone changes how creators shoot. Then comes the zoom system. And honestly, this is where the Luna Ultra starts feeling almost unfair for a camera this small. Reports suggest around 3.9x optical zoom, 6x lossless zoom, and 12x hybrid zoom. But the important part isn't the numbers themselves. It's what they unlock creatively. You stop being forced into every scene physically. You can observe environments instead of invading them. You can shoot performances, architecture, wildlife, or street moments from a distance while still maintaining cinematic framing. For travel creators, especially, that's huge. And then there's the feature that made almost everyone pause when the specs leaked, 4K at 240 fps. That number sounds ridiculous because, honestly, it kind of is. 240 fps at 4K resolution inside a stabilized pocket camera would have sounded impossible just a few years ago." [TECHTRAV]. |
| **16[d]**  a display screen provided at the handle; and | The Accused Products feature a display screen provided at the handle.<br><br>For example, the Accused Products' OLED display / viewfinder is mounted on the device handle and renders a visual image captured by the integrated camera. |

**Infringement of U.S. Patent No. 11,245,855**



[INSTA360].

"The detachable handle/controller that doubles as a wireless remote with: Built-in colour

25

**Infringement of U.S. Patent No. 11,245,855**

touchscreen showing live view, 4K•30 recording info, zoom, and settings." [REMOTE].



*The black version of the Luna Ultra (left) and hands-on with the detachable remote control (right).*   *The white Insta360 Luna Ultra.*

"Users will be able to place the Luna Ultra anywhere and maintain full control over gimbal movement and zoom, all while receiving a real-time view from the viewfinder." [RETAIL].

### Modular Design and Detachable Screen

While the base **Insta360 Luna Pro** maintains a sleek, integrated unibody design, the flagship **Insta360 Luna Ultra** introduces a groundbreaking "Twist Modular Design."

- **Wireless Remote Display:** The high-resolution 2-inch OLED touchscreen can be physically unlocked and detached from the main gimbal handle.

- **Advanced Monitoring:** Once removed, the screen communicates with the camera via ultra-low latency Bluetooth 5.3, acting as a fully wireless remote monitor. This radically changes how creators frame high-angle, low-angle, and complex self-recorded vlog setups without needing to awkwardly connect their smartphone.

[DSLR].

26

**Infringement of U.S. Patent No. 11,245,855**

## Audio, Interfaces & Connectivity

- **Audio**: Hi-Fi 48 kHz 32-bit (AAC) with wind noise reduction
- **Microphone support**: Compatible with Insta360 Mic Pro (TX)
- **Connectivity**: Wi-Fi 6, Bluetooth, USB-C
- **Display/Remote**: Detachable OLED touchscreen that functions as a full wireless remote control

"The most attractive part of the entire series, apart from the dual camera lens unit is the detachable OLED display, which doubles as a live-view remote with status LED, making framing easier in tricky scenarios like vlogging in crowded spaces or restaurant settings." [SPEC]

**INSTA360 LUNA ULTRA**
Officially revealed specs

| | | |
|---|---|---|
| SENSORS | 1" main + 1/1.3" telephoto | Leica-branded |
| FOCAL RANGE | ~18 mm + ~70 mm | 6× zoom span |
| VIDEO | 6K @ 50 fps · 4K @ 240 fps | 10-bit i-Log · Dolby Vision |
| DESIGN | Twist Modular — detachable head | Mount static or stand-alone |
| BATTERY | 150 – 180 min recording | 1,500 mAh |
| DISPLAY / WT. | 2" OLED · 1,000 nits | Under 150 g |

1:22 / 8:01    What's Confirmed: Specs & Leica Le...

**insta360 Luna Ultra Is COMING! (Should You Wait... or NOT?)**

ProjectGO Creators
7.74K subscribers    Subscribe    265    Share    Ask    Save

"The screen is a 2-inch OLED at 1,000 nits, bright enough to use in direct sun, and the

27

**Infringement of U.S. Patent No. 11,245,855**

| | |
|---|---|
| | whole camera comes in under 150 grams." [WAITORNOT] |
| **16[e]**  a controller electrically connected to the gimbal, the shooting device, and the display screen, and configured to receive images shot by the shooting device and, according to the received image: determine whether the handheld gimbal is in a selfie mode; | The Accused Products feature a controller electrically connected to the gimbal, the shooting device, and the display screen, and configured to receive images shot by the shooting device and, according to the received image, determine whether the handheld gimbal is in a selfie mode.<br><br>For example, the Accused Products' feature a physical button on the device handle that triggers a selfie mode when depressed. |

28

**Infringement of U.S. Patent No. 11,245,855**



[MANUAL, pgs. 1, 6-7].

29

**Infringement of U.S. Patent No. 11,245,855**



"Matti Haapoja: See, if you press this button here, it'll go to you.

Kai: Ah!

Matti Haapoja: Doesn't it look like Wall-E or something?

Kai: Yeah. I know. It's so cute." [HAAPOJA].

Alternatively, the Accused Products' feature a virtual button on the display screen that triggers a selfie mode when clicked.

**Infringement of U.S. Patent No. 11,245,855**

## Touchscreen Operation

The device is equipped with a highly sensitive touchscreen. On the shooting Home Page, you can configure various settings by tapping and swiping.

### Shooting Interface



1. Storage: Shows the remaining recording time and photo capacity for current storage device.

2. Touchscreen remote battery status (displays when the remote is detached).

3. Gimbal camera battery status.

4. Image settings.

5. Auto Tracking.

6. Shooting mode: Tap to change.

7. Focal lengths: Tap to change or press and hold for continuous zoom.

8. Shooting specifications.

9. Flip gimbal 180°.

[MANUAL, pgs. 11-12].

**Infringement of U.S. Patent No. 11,245,855**

| | |
|---|---|
| **16[f]** determine characteristic information of a target object; control the shooting device to track and shoot the target object according to the characteristic information of the target object; determine position information of the target object in a shooting image according to the characteristic information of the target object; adjust a control parameter of the shooting device according to the position information of the target object in the shooting image, to enable the shooting device to shoot the target object in a preset configuration to obtain the shooting image; and control the display screen to display the shooting image in real time. | The Accused Products determine characteristic information of a target object, control the shooting device to track and shoot the target object according to the characteristic information of the target object, determine position information of the target object in a shooting image according to the characteristic information of the target object, adjust a control parameter of the shooting device according to the position information of the target object in the shooting image, to enable the shooting device to shoot the target object in a preset configuration to obtain the shooting image, and control the display screen to display the shooting image in real time.

For example, the Accused Products' feature an AI enabled processor configured to track target objects, including while in selfie mode. |

**Infringement of U.S. Patent No. 11,245,855**



[MANUAL, pgs. 1, 6-7].

33

**Infringement of U.S. Patent No. 11,245,855**

### Auto Tracking and Smart Framing

### Auto Tracking

In modes that support tracking, you can enable tracking using any of the following methods:

- **Method 1:** Via Joystick. On the shooting page, push in the joystick. The system will automatically identify and lock onto the best subject in the frame to start tracking.

- **Method 2:** Via Touchscreen Double-Tap. Double-tap the subject you want to track on the screen to start tracking directly.

- **Method 3:** Via Feature Icon. Tap the tracking icon on the left side of the screen to perform the following actions:

  - **Single-Tap Selection**: Directly tap a pre-detected subject in the frame. If a pre-detected frame appears and is not tapped, the system will automatically track the identified subject after a 5-second countdown.

  - **Manual Selection**: Press and drag on the screen to draw a box around one or more subjects. (This method supports free tracking for any object that has not been pre-detected.)

  - **Auto-Tracking**: Once enabled, the camera detects trackable subjects in the frame in real time, including people, cats, and dogs. When the shutter button is pressed or tracking is triggered, the system automatically selects the largest subject closest to the center of the frame as the tracking target and begins auto-tracking. This is ideal for scenarios such as outdoor solo selfies. It is recommended to avoid overly crowded environments while shooting to ensure accurate tracking.

[MANUAL, pg. 16].

34

**Infringement of U.S. Patent No. 11,245,855**



[INSTA360].

35

**Infringement of U.S. Patent No. 11,245,855**

## Stabilization, AI & Creative Modes

- **Stabilization**: Mechanical 3-axis gimbal + 6-axis FlowState gyroscope
- **AI Tracking**: Deep Track AI
- **Creative effects**:
  - Dolly Zoom
  - Barrel Roll (360° rotation)
  - Bullet Time
  - Time-Lapse & Motion Time-Lapse (even while moving)
  - Slow Motion
  - Night Mode
  - Portrait Mode

[SPEC].

"Like previous pocket gimbal cameras, stabilization remains a major focus here. The Luna Ultra uses a 3-axis gimbal system alongside what Insta360 calls a triple AI chip for subject tracking and automated framing features such as Deep Track." [GIZMO].

"Design and features: Pocket gimbal form factor (Osmo Pocket-style); possible modular/detachable gimbal head; Insta360's AI stabilization and Deep Track 3.0 subject tracking; physical controls, flip-out/rotating touchscreen." [PHOTO].

36

**Infringement of U.S. Patent No. 11,245,855**



"Now as you may be able to see, it's tracking me right now." [SKRABA].

**Infringement of U.S. Patent No. 11,245,855**



"Matti Haapoja: You can flip it around and you could track it on me.

Kai: No. Let's check. I really want this camera.

Matti Haapoja: If I go over here, is it tracking me still?

Kai: Yep.

Matti Haapoja: Alright. Hit the record button. Red button. On the bottom. Alright. Is it tracking me?

Kai: Yep.

Matti Haapoja: Getting my every move?

Kai: Yes. Matti Haapoja: You're like a pro. How are you tracking me so good, Kai?" [HAAPOJA].

The Accused Products' include a "Deep Tracking" feature that automatically tracks target

**Infringement of U.S. Patent No. 11,245,855**

objects.



[PHOTORABZ]

**Infringement of U.S. Patent No. 11,245,855**

Additionally, the Accused Products' OLED display / viewfinder renders a live / real-time visual image captured by the integrated camera.

"Built-in colour touchscreen showing live view, 4K•30 recording info, zoom, and settings." [REMOTE].



*The black version of the Luna Ultra (left) and hands-on with the detachable remote control (right).*   *The white Insta360 Luna Ultra.*

"Users will be able to place the Luna Ultra anywhere and maintain full control over gimbal movement and zoom, all while receiving a real-time view from the viewfinder." [RETAIL].

## Audio, Interfaces & Connectivity

- **Audio**: Hi-Fi 48 kHz 32-bit (AAC) with wind noise reduction
- **Microphone support**: Compatible with Insta360 Mic Pro (TX)
- **Connectivity**: Wi-Fi 6, Bluetooth, USB-C
- **Display/Remote**: Detachable OLED touchscreen that functions as a full wireless remote control

40

**Infringement of U.S. Patent No. 11,245,855**

|  | "The most attractive part of the entire series, apart from the dual camera lens unit is the detachable OLED display, which doubles as a live-view remote with status LED, making framing easier in tricky scenarios like vlogging in crowded spaces or restaurant settings." [SPEC]<br><br><br><br>"The screen is a 2-inch OLED at 1,000 nits, bright enough to use in direct sun, and the whole camera comes in under 150 grams." [WAITORNOT] |
| --- | --- |